**Order entered September 19, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01512-CR

**JOHN ARTHUR HILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-76425-W**

## ORDER

On August 25, 2017, we ordered appellant's brief stricken because it referred to the victim and other children by name. On September 6, 2017, appellant filed his amended brief. In the amended brief, appellant refers to the victim and other children by initials. However, the appendix to appellant's brief refers to the victim by name. Furthermore, the documents included in the appendix do not appear to have been introduced into evidence during trial nor were they part of the clerk's record; therefore, they are not properly before the Court and should not be included as an appendix to the brief.

Accordingly, we **STRIKE** appellant's brief filed September 6, 2017.

We **ORDER** appellant to file, within **FIFTEEN DAYS** of the date of this order, an amended brief that does not identify by name the <u>child victim and any children.</u>

We **DIRECT** the Clerk to send copies of this order to Bethany Stephens and the Dallas County District Attorney's Office.

/s/    LANA MYERS
        JUSTICE